IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EAGLE PROPERTY CAPITAL INVESTIMENTS, LLC, | § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-25-360 |
| | § | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SYNDICATE 2357, *et al.*, | § § § § | |
| Defendants. | § § | |

# ORDER

The Unopposed Motion to Compel Arbitration submitted by Defendants Certain Underwriters at Lloyd's, London Syndicate 2357 and Interstate Fire and Casualty Company is granted. (Docket Entry No. 5). This case is stayed and administratively closed pending arbitration. The parties must file any motion to reinstate this case to the active docket no later than 14 days after the conclusion of the arbitration.

SIGNED on April 4, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge